UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL G. JONES, an individual,

    Plaintiff,

vs.

Case No. 10-cv-13114-JF
Hon. Patrick J. Duggan

PECO CORPORATION OF TROY,
d/b/a PECO CAR WASH SYSTEMS, INC

    Defendant.
_____/

| | |
|---|---|
| Brian J. Nagy (P65542) | Kay Rivest Butler (P41651) |
| Attorneys for Plaintiff | Starr, Butler, Alexopoulos & Stoner, PLLC |
| 17000 W. Ten Mile Road, 2nd Floor | Attorneys for Defendant |
| Southfield, MI 48075 | 20700 Civic Center Drive, Ste. 290 |
| (248) 483-5000 | Southfield, MI 48076 |
| bnagy@goodmanacker.com | (248) 864-4932 |
| | kbutler@starrbutler.com |

_____/

## **STIPULATED ORDER OF DISMISSAL**

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan on: July 27, 2011.

PRESENT: HON. PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

    This matter having come before this Court upon the stipulation of the parties, the Court having reviewed the files and record of this case, and being otherwise fully advised in the premises:

00004981.WPD

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendant is DISMISSED WITH PREJUDICE and without costs or fees to any party.

**IT IS SO ORDERED.**

                         s/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated: July 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 27, 2011, by electronic and/or ordinary mail.

                         s/Marilyn Orem
                         Case Manager

**Approved as to form and content:**

GOODMAN ACKER, PC

By:   /s/ Brian J. Nagy (with consent)
        Brian J. Nagy (P65542)
        Attorney for Plaintiff

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC

By:   /s/ Kay Rivest Butler
        Kay Rivest Butler (P41651)
        Attorney for Defendant

00004981.WPD

-2-

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC, 20700 CIVIC CENTER DRIVE, SUITE 290, SOUTHFIELD, MI, 48076 (248) 554-2700

00004981.WPD